ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7027
    Email: Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

**FILED**

NOV 05 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00457 WHA TSH |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING SPEEDY TRIAL TIME FROM NOVEMBER 1, 2018, AND NOVEMBER 20, 2018 |
| v. | |
| ROY NEAL, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

1. The defendant, Roy Neal, represented by his attorney Jodi Linker, and the government, represented by Joseph Springsteen, appeared before the Court on November 1, 2018 for a detention hearing. The court temporarily remanded the defendant to be evaluated for placement in a residential drug treatment program.

2. The government provided partial discovery to the counsel for the defendant on October 22, 2018, and expects to provide additional discovery promptly. The parties jointly requested that the matter be set before the Honorable William Alsup on November 20,

STIPULATION AND [PROPOSED] ORDER
18-CR-00457 WHA TSH

2018, for an initial status conference. Counsel for the defense requires time to review the discovery with the defendant and for the effective preparation of counsel.

3. The parties agree that because the defense team requires time to review the discovery provided by the government, time should be excluded under the Speedy Trial Act between November 1, 2018, and November 20, 2018.

IT IS SO STIPULATED.

Dated: November 2, 2018

_____/s/_____
JODI LINKER
Assistant Federal Public Defender
Attorney for ROY NEAL

Dated: November 2, 2018

_____/s/_____
JOSEPH E. SPRINGSTEEN
Assistant United States Attorney
Attorney for the United States

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 1, 2018, and November 20, 2018, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 1, 2018, and November 20, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between November 1, 2018, and November 20, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: November 5, 2018

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge